United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 22-01899-MJC
Louis Michael Auletti  Chapter 13
Ganine Ann Auletti
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: AutoDocke    Page 1 of 3
Date Rcvd: Nov 02, 2022    Form ID: ntcnfhrg    Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Louis Michael Auletti, Ganine Ann Auletti, 191 Kings Pond Road, East Stroudsburg, PA 18301-7754 |
| cr | + | CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 5498920 | | ARCADIA RECOVERY BUREAU, PO BOX 6768, WYOMISSING, PA 19610-0768 |
| 5498929 | | CROSSCOUNTY MORTGAGE, LLC, PO BOX 371306, PITTSBURGH, PA 15250-7306 |
| 5500752 | + | County of Monroe, Probation Office, 610 Monroe Street, Suite 104, Stroudsburg, PA 18360-2279 |
| 5498935 | + | JAMAICA FINANCE CO. CORP., 13810 HILLSIDE AVE., JAMAICA, NY 11435-2924 |
| 5498936 | | LEHIGH VALLEY HEALTH NETWORK, PO BOX 981006, BOSTON, MA 02298-1006 |
| 5498937 | + | MONROE COUNTY CLERK OF COURTS, BOX 777, STROUDSBURG, PA 18360-0777 |
| 5498939 | | MOUNTAIN VALLEY ORTHOPEDICS PC, ATTN. 14123M, PO BOX 14000, BELFAST, ME 04915-4033 |
| 5501673 | + | Monroe County Clerk of Courts, 610 Monroe Street, Suite 323, CP-45-CR-0000497-2020, Stroudsburg, PA 18360-2282 |
| 5498941 | + | POCONO AMBULATORY SURGERY CENTER, 1 STORM STREET, STROUDSBURG, PA 18360-2406 |
| 5498944 | | PROFESSIONAL ANESTHESIA SERVICES, PO BOX 65008, BALTIMORE, MD 21264-5008 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 02 2022 18:47:13 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 02 2022 18:47:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5498918 | + | Email/Text: bankruptcy@acimacredit.com | Nov 02 2022 18:41:00 | ACIMA DIGITAL FKA SIMPLE, 9815 S MONROE ST. FL. 4, SANDY, UT 84070-4384 |
| 5498919 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 02 2022 18:41:00 | AMERICAN HONDA FINANCE, PO BOX 168128, IRVING, TX 75016-8128 |
| 5498921 | + | Email/Text: bk@avant.com | Nov 02 2022 18:41:00 | AVANT LLC/ WEB BANK, 222 N. LASALLE, SUITE 1700, CHICAGO, IL 60601-1101 |
| 5499957 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2022 18:47:21 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5498922 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 02 2022 18:47:20 | CAPITAL ONE, PO BOX 71083, CHARLOTTE, NC 28272-1083 |
| 5498923 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 02 2022 18:47:20 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5498924 | + | Email/Text: bankruptcy@cavps.com | Nov 02 2022 18:41:00 | CAVALRY PORTFOLIO SERVICE, 1 AMERICAN LN, SUITE 220, GREENWICH, CT 06831-2563 |
| 5498925 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 02 2022 18:41:00 | CB INDIGO, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 5498926 | + | Email/Text: bankruptcy@credencerm.com | | |

| Recipient | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Nov 02 2022 18:41:00 | CREDENCE RESOURCE MANAGEMENT, 4222 TRINITY MILLS, SUITE 260, DALLAS, TX 75287-7666 |
| 5498927 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 02 2022 18:47:08 | CREDIT ONE BANK, PO BOX 60500, CITY OF INDUSTRY, CA 91716-0500 |
| 5498928 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 02 2022 18:47:08 | CREDIT ONE BANK, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 5499981 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 02 2022 18:47:20 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5502833 | + | Email/Text: bankruptcy@cavps.com | Nov 02 2022 18:41:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5499528 | | Email/Text: G06041@att.com | Nov 02 2022 18:41:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5498931 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 02 2022 18:41:00 | EOS CCA, PO BOX 981008, BOSTON, MA 02298-1008 |
| 5498932 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 02 2022 18:41:00 | FEB DESTINY/GF, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 5498933 | + | Email/Text: bnc-bluestem@quantum3group.com | Nov 02 2022 18:41:00 | FETTI FINGERHUT/WEBBANK, 13300 PIONEER TRL, EDEN PRAIRIE, MN 55347-4120 |
| 5498934 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 02 2022 18:41:00 | GENESIS FS CARD SERVICES, PO BOX 84059, COLUMBUS, GA 31908-4059 |
| 5501517 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2022 18:47:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5501525 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 02 2022 18:47:08 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5498938 | + | Email/Text: bankruptcy@sccompanies.com | Nov 02 2022 18:41:00 | MONTGOMERY WARD, 1112 7TH AVE, MONROE, WI 53566-1364 |
| 5498940 | | Email/PDF: cbp@onemainfinancial.com | Nov 02 2022 18:47:13 | ONE MAIN, PO BOX 740594, CINCINNATI, OH 45274-0594 |
| 5501363 | + | Email/PDF: cbp@onemainfinancial.com | Nov 02 2022 18:47:13 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5498942 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2022 18:47:21 | PORTFOLIO RECOVERY ASSOCIATES, 120 CORPORATE BLVD. STE 100, NORFOLK, VA 23502 |
| 5498943 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 02 2022 18:47:07 | PREMIER BANKCARD/FIRST PREMIER, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104-4824 |
| 5504123 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 02 2022 18:41:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 5503234 | | Email/Text: bnc-quantum@quantum3group.com | Nov 02 2022 18:41:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5498945 | + | Email/Text: ngisupport@radiusgs.com | Nov 02 2022 18:41:00 | RADIUS GLOBAL SOLUTIONS, PO BOX 390846, MINNEAPOLIS, MN 55439-0846 |
| 5498946 | + | Email/Text: bankruptcy@sccompanies.com | Nov 02 2022 18:41:00 | SWISS COLONY, 1112 7TH AVENUE, MONROE, WI 53566-1364 |
| 5499164 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2022 18:47:21 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5498947 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 02 2022 18:41:00 | TBOM/MILESTONE, PO BOX 4499, BEAVERTON, OR 97076-4499 |

| | | | | |
|---|---|---|---|---|
| 5498948 | + | Email/Text: bncmail@w-legal.com | Nov 02 2022 18:41:00 | TD BANK, PO BOX 1470, MINNEAPOLIS, MN 55440-1470 |
| 5498949 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2022 18:47:23 | THE HOME DEPOT/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5498930 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 02 2022 18:41:00 | ELAN FINANCIAL SERVICES, PO BOX 108, SAINT LOUIS, MO 63166 |
| 5498950 | + | Email/Text: bnc-bluestem@quantum3group.com | Nov 02 2022 18:41:00 | WEB BANK/FINGERHUT, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Ryan Starks | on behalf of Creditor CrossCountry Mortgage  LLC ryan.starks@brockandscott.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 2 Ganine Ann Auletti lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| Vincent Rubino | on behalf of Debtor 1 Louis Michael Auletti lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Louis Michael Auletti,
 aka Louis M. Auletti, aka Louis Auletti,

  **Debtor 1**

Ganine Ann Auletti,
 aka Ganine A. Auletti, aka Ganine Auletti,

  **Debtor 2**

Chapter    13

Case No.    5:22−bk−01899−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**December 13, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: December 20, 2022<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 2, 2022 |

ntcnfhrg (08/21)