IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| LOUIS MICHAEL AULETTI,<br>a/k/a LOUIS M. AULETTI,<br>a/k/a LOUIS AULETTI,<br>and<br>GANINE ANN AULETTI,<br>a/k/a GANINE A. AULETTI,<br>a/k/a GANINE AULETTI, | CASE NO. 5:22-bk-01899-MJC |
| Debtor(s) | |

## ORDER

Upon consideration of the Motion to Approve Settlement, Dkt. # 46 ("Motion"), after notice and no responses having been filed thereto, it is hereby **ORDERED** that the Motion is **GRANTED** and the settlement of Debtor's personal injury claim in accordance with the terms of the Motion is hereby **APPROVED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: November 29, 2023