## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Louis Michael Auletti a/k/a Louis M. Auletti a/k/a Louis Auletti<br>Ganine Ann Auletti a/k/a Ganine A. Auletti a/k/a Ganine Auletti<br>**Debtor(s)** | **BK NO. 22-01899 MJC**<br><br>**Chapter 13** |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of CrossCountry Mortgage, LLC and index same on the master mailing list.

                              Respectfully submitted,

                              /s/ *Denise Carlon*
                              Denise Carlon
                              23 Jan 2024, 18:38:15, EST


                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106
                              215-627-1322