United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                    Case No. 22-01899-MJC

Louis Michael Auletti                                                    Chapter 13

Ganine Ann Auletti

    Debtors

# CERTIFICATE OF NOTICE

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | May 23 2024 18:55:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2024                      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Louis Michael Auletti rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| Robert J Kidwell, III | on behalf of Debtor 2 Ganine Ann Auletti rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| Ryan Starks | on behalf of Creditor CrossCountry Mortgage  LLC ryan.starks@brockandscott.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | |

on behalf of Debtor 2 Ganine Ann Auletti
lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

Vincent Rubino

on behalf of Debtor 1 Louis Michael Auletti
lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: LOUIS MICHAEL AULETTI<br>    aka Louis M. Auletti<br>    aka Louis Auletti | : <br> : <br> : <br> : | CASE NO.: 5:22-bk-01899-MJC |
|                Debtor. | : | CHAPTER 13 |
| LOUIS MICHAEL AULETTI<br>          Objector,<br><br>   v.<br><br>PORTFOLIO RECOVERY ASSOCIATES,<br>LLC<br>          Claimant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Objection to Proof of Claim #19 |

## ORDER

Upon consideration of Debtor's Objection to Claim #19 of Portfolio Recovery Associates, LLC, Dkt. # 57 ("Objection"), after notice and no responses having been filed thereto, it is hereby

**ORDERED** that the Objection is **SUSTAINED**. The Claim is disallowed.

By the Court,

_____

Mark J. Conway, Bankruptcy Judge
Dated: May 23, 2024