# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Louis Michael Auletti
     Ganine Ann Auletti

Case No.: 5-22-01899 MJC

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Crosscountry Mortgage |
| Court Claim Number: | 18 |
| Last Four of Loan Number: | 2545 |
| Property Address if applicable: | 191 Kings Pond Rd |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $85.90 |
| b. | Prepetition arrearages paid by the trustee: | $85.90 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $85.90 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve o01945n the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Date: June 24, 2025

                                        Respectfully submitted,

                                        /s/ Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee
                                        Suite A, 8125 Adams Drive
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097
                                        Fax:  (717) 566-8313
                                        email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Louis Michael Auletti
Ganine Ann Auletti

Case No.: 5-22-01899 MJC

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 24, 2025 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Vincent Rubino, Esquire
712 Monroe St
PO Box 511
Stroudsburg PA 18360-0511

**Served by First Class Mail**
Crosscountry Mortgage
PO Box 619094
Dallas TX 75261-9741

Louis Michael Auletti
Ganine Ann Auletti
191 Kings Pond RD
East Stroudsburg PA 18301

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 24, 2025

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 22-01899   **LOUIS MICHAEL AULETTI**

**CROSSCOUNTRY MORTGAGE**
P.O. BOX 619094

DALLAS, TX  75261-9741

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

**Acct No:** 2545 - PRE-ARREARS - Kings F
ARREARS - 191 KINGS POND ROAD

| | | | |
|---|---|---|---|
| Amt Sched: $236,837.00 | Debt: $85.90 | Interest Paid: $0.00 | |
| Amt Due: $0.00 | Paid: $85.90 | Accrued Int: $0.00 | |
| | | Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled / DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| **5200** | **CROSSCOUNTRY MORTGAGE** | | | | | | | |
| 520-0 | CROSSCOUNTRY MORTGAGE | | 04/14/2025 | 2046541 | $54.30 | $0.00 | $54.30 | 04/22/2025 |
| 520-0 | CROSSCOUNTRY MORTGAGE | | 01/15/2025 | 2043730 | $16.37 | $0.00 | $16.37 | 01/28/2025 |
| 520-0 | CROSSCOUNTRY MORTGAGE, LLC | | 03/14/2024 | 2034283 | $15.23 | $0.00 | $15.23 | 04/10/2024 |
| | | | | Sub-totals: | $85.90 | $0.00 | $85.90 | |
| | | | | Grand Total: | $85.90 | $0.00 | | |