| | | |
|---|---|---|
| **Fill in this information to identify the case:** | | |
| Debtor 1 | Louis Michael Auletti aka Louis M. Auletti aka Louis Auletti | |
| Debtor 2 (Spouse, if filing) | Ganine Ann Auletti aka Ganine A. Auletti aka Ganine Auletti | |
| United States Bankruptcy Court for the: | Middle | District of PA (State) |
| Case number | 5:22-bk-01899-MJC | |

# Form 4100R
# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** CrossCountry Mortgage, LLC

**Court claim no.** (if known): 18

**Last 4 digits** of any number you use to identify the debtor's account: ******2545

**Property address:**
191 Kings Pond Rd
Number    Street

East Stroudsburg    PA    18301
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____  MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ 3,737.16

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____

c. **Total**. Add lines a and b. (c) $ 3,737.16

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 06/01/2025  MM/DD/YYYY

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

| Debtor 1 | Louis Michael Auletti aka Louis M. Auletti aka Louis Auletti | Case number (*if known*) 5:22-bk-01899-MJC |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ◼ all payments received;
- ◼ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ◼ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ *Signature*

Date 07 / 11 / 2025

| Print | Shawn Miller | Title | Agent for Creditor |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

Company: Aldridge Pite, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: Six Piedmont Center 3525 Piedmont Road, N.E. Suite 700
Number    Street

Atlanta    GA    30305
City    State    ZIP Code

Contact phone (404) 994 - 7600    Email: shawnmiller@aldridgepite.com

Form 4100R    Response to Notice of Final Cure Payment    page **2**

Case 5:22-bk-01899-MJC    Doc 81    Filed 07/11/25    Entered 07/11/25 18:20:50    Desc
Main Document    Page 2 of 5

**Certificate of Service**

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: <u>July 11, 2025</u>

| | |
|---|---|
| Chapter 13 Trustee: | Jack N Zaharopoulos |
| Trustee Address: | Standing Chapter 13 (Trustee) 8125 Adams Drive, Suite A Hummelstown, PA 17036 |
| Trustee Email: | info@pamd13trustee.com |
| Debtor's Counsel 1 Name: | Robert J Kidwell, III |
| Debtor's Counsel Address: | Newman Williams 712 Monroe Street Stroudsburg, PA 18360 |
| Debtor's Counsel Email: | rkidwell@newmanwilliams.com |
| Debtor's Counsel 2 Name: | Vincent Rubino |
| Debtor's Counsel Address: | Newman Williams Mishkin Corveleynet at el 712 Monroe Street Stroudsburg, PA 18360 -0511 |
| Debtor's Counsel Email: | VRubino@newmanwilliams.com |
| Debtor 1 Name: | Louis Michael Auletti |
| Debtor 2 Name: | Ganine Ann Auletti |
| Debtor's Mailing Address: | 191 Kings Pond Road East Stroudsburg, PA 18301 |

                                                       /s/ Ciara M. Pumicpic

| Debtor | Louis Michael Auletti, Ganine Ann Auletti |
|---|---|
| BK filed date | 9/30/2022 |
| BK Case # | 22-01899 |
| Post Next Due | **06/01/25** |
| Suspense | $0.00 |

| Filed POC - First Post Payment | | 10/1/2022 | $ 1,758.44 |
|---|---|---|---|
| Payment Changes | Filed Date | Effective Date | Amount |
| Escrow | 11/14/2023 | 1/1/2024 | $ 1,855.93 |
| Escrow | 12/5/2024 | 1/1/2025 | $ 1,868.58 |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |

| | Amount Due | Date | Suspense |
|---|---|---|---|
| Next Due | | | $ - |

| Date Received | Amount Received | | Amount Due | Post-Petition Due date | Suspense Balance |
|---|---|---|---|---|---|
| -- | $ - | | $ - | | $ - |
| 10/31/2022 | $ 11.91 | | $ 11.91 | 1/0/1900 | $ - |
| 10/31/2022 | $ 1,758.44 | | $ 1,758.44 | 10/1/2022 | $ - |
| 11/16/2022 | $ 1,758.44 | | $ - | | $ 1,758.44 |
| 11/17/2022 | $ - | | $ 1,758.44 | 11/1/2022 | $ - |
| 12/23/2022 | $ 1,758.44 | | $ - | | $ 1,758.44 |
| 12/27/2022 | $ - | | $ 1,758.44 | 12/1/2022 | $ - |
| 1/18/2023 | $ 1,758.44 | | $ - | | $ 1,758.44 |
| 1/19/2023 | $ - | | $ 1,758.44 | 1/1/2023 | $ - |
| 2/7/2023 | $ 1,758.44 | | $ - | | $ 1,758.44 |
| 2/8/2023 | $ - | | $ 1,758.44 | 2/1/2023 | $ - |
| 3/24/2023 | $ 1,758.44 | | $ - | | $ 1,758.44 |
| 3/27/2023 | $ - | | $ 1,758.44 | 3/1/2023 | $ - |
| 4/4/2023 | $ 1,758.44 | | $ - | | $ 1,758.44 |
| 4/5/2023 | $ - | | $ 1,758.44 | 4/1/2023 | $ - |
| 5/5/2023 | $ 1,758.44 | | $ - | | $ 1,758.44 |
| 5/8/2023 | $ - | | $ 1,758.44 | 5/1/2023 | $ - |
| 7/5/2023 | $ 1,758.44 | | $ 1,758.44 | 6/1/2023 | $ - |
| 7/17/2023 | $ 1,758.44 | | $ - | | $ 1,758.44 |
| 7/18/2023 | $ - | | $ 1,758.44 | 7/1/2023 | $ - |
| 8/14/2023 | $ 1,758.44 | | $ 1,758.44 | 8/1/2023 | $ - |
| 9/19/2023 | $ 1,758.44 | | $ - | | $ 1,758.44 |
| 9/20/2023 | $ - | | $ 1,758.44 | 9/1/2023 | $ - |
| 10/13/2023 | $ 1,758.44 | | $ - | | $ 1,758.44 |

| Date | Payment | Date | Amount | Month | Balance |
|---|---|---|---|---|---|
| 10/16/2023 | $ - | $ | 1,758.44 | 10/1/2023 | $ - |
| 12/12/2023 | $ 3,516.88 | $ | - | | $ 3,516.88 |
| 12/13/2023 | $ - | $ | 1,758.44 | 11/1/2023 | $ 1,758.44 |
| 12/13/2023 | $ - | $ | 1,758.44 | 12/1/2023 | $ - |
| 1/17/2024 | $ 1,758.44 | $ | - | | $ 1,758.44 |
| 2/5/2024 | $ 1,900.00 | $ | - | | $ 3,658.44 |
| 2/6/2024 | $ - | $ | 1,855.93 | 1/1/2024 | $ 1,802.51 |
| 3/11/2024 | $ 1,855.93 | $ | - | | $ 3,658.44 |
| 3/12/2024 | $ - | $ | 1,855.93 | 2/1/2024 | $ 1,802.51 |
| -- | $ - | $ | - | | $ 1,802.51 |
| 5/3/2024 | $ 1,909.35 | $ | - | | $ 3,711.86 |
| 5/6/2024 | $ - | $ | 1,855.93 | 3/1/2024 | $ 1,855.93 |
| 5/6/2024 | $ - | $ | 1,855.93 | 4/1/2024 | $ - |
| 5/31/2024 | $ 3,000.00 | $ | - | | $ 3,000.00 |
| 6/3/2024 | $ - | $ | 1,855.93 | 5/1/2024 | $ 1,144.07 |
| 7/1/2024 | $ 1,865.93 | $ | - | | $ 3,010.00 |
| 7/2/2024 | $ - | $ | 1,855.93 | 6/1/2024 | $ 1,154.07 |
| 8/5/2024 | $ 1,855.93 | $ | - | | $ 3,010.00 |
| 8/6/2024 | $ - | $ | 1,855.93 | 7/1/2024 | $ 1,154.07 |
| 9/3/2024 | $ 1,855.93 | $ | - | | $ 3,010.00 |
| 9/4/2024 | $ - | $ | 1,855.93 | 8/1/2024 | $ 1,154.07 |
| 10/4/2024 | $ 1,855.93 | $ | - | | $ 3,010.00 |
| 10/7/2024 | $ - | $ | 1,855.93 | 9/1/2024 | $ 1,154.07 |
| 11/1/2024 | $ 1,855.93 | $ | - | | $ 3,010.00 |
| 11/4/2024 | $ - | $ | 1,855.93 | 10/1/2024 | $ 1,154.07 |
| 12/3/2024 | $ 701.86 | $ | - | | $ 1,855.93 |
| 12/4/2024 | $ - | $ | 1,855.93 | 11/1/2024 | $ - |
| 1/13/2025 | $ 1,855.93 | $ | - | | $ 1,855.93 |
| 1/13/2025 | $ 40.02 | $ | - | | $ 1,895.95 |
| 1/14/2025 | $ - | $ | 1,855.93 | 12/1/2024 | $ 40.02 |
| -- | $ - | $ | - | | $ 40.02 |
| 2/6/2025 | $ 1,868.58 | $ | - | | $ 1,908.60 |
| 2/7/2025 | $ - | $ | 1,868.58 | 1/1/2025 | $ 40.02 |
| 3/3/2025 | $ 1,868.58 | $ | - | | $ 1,908.60 |
| 3/4/2025 | $ - | $ | 1,868.58 | 2/1/2025 | $ 40.02 |
| 4/7/2025 | $ 1,900.00 | $ | - | | $ 1,940.02 |
| 4/8/2025 | $ - | $ | 1,868.58 | 3/1/2025 | $ 71.44 |
| -- | $ - | $ | - | | $ 71.44 |
| 5/2/2025 | $ 1,900.00 | $ | - | | $ 1,971.44 |
| 5/5/2025 | $ - | $ | 1,868.58 | 4/1/2025 | $ 102.86 |
| 6/4/2025 | $ 1,707.70 | $ | - | | $ 1,810.56 |
| 6/5/2025 | $ - | $ | 1,868.58 | 5/1/2025 | $ - |