United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 22-01899-MJC
Louis Michael Auletti  Chapter 13
Ganine Ann Auletti
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 4
Date Rcvd: Aug 18, 2025     Form ID: 3180W     Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Louis Michael Auletti, Ganine Ann Auletti, 191 Kings Pond Road, East Stroudsburg, PA 18301-7754 |
| 5498929 | | CROSSCOUNTY MORTGAGE, LLC, PO BOX 371306, PITTSBURGH, PA 15250-7306 |
| 5500752 | + | County of Monroe, Probation Office, 610 Monroe Street, Suite 104, Stroudsburg, PA 18360-2279 |
| 5498936 | | LEHIGH VALLEY HEALTH NETWORK, PO BOX 981006, BOSTON, MA 02298-1006 |
| 5498937 | + | MONROE COUNTY CLERK OF COURTS, BOX 777, STROUDSBURG, PA 18360-0777 |
| 5498939 | | MOUNTAIN VALLEY ORTHOPEDICS PC, ATTN. 14123M, PO BOX 14000, BELFAST, ME 04915-4033 |
| 5501673 | + | Monroe County Clerk of Courts, 610 Monroe Street, Suite 323, CP-45-CR-0000497-2020, Stroudsburg, PA 18360-2282 |
| 5699864 | + | Nationstar Mortgage LLC, c/o Eric Smith, ALDRIDGE PITE, LLP3333, Camino del Rio South, Suite 225, San Diego, CA 92173 |
| 5498941 | + | POCONO AMBULATORY SURGERY CENTER, 1 STORM STREET, STROUDSBURG, PA 18360-2406 |
| 5498944 | | PROFESSIONAL ANESTHESIA SERVICES, PO BOX 65008, BALTIMORE, MD 21264-5008 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Aug 18 2025 22:45:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Aug 18 2025 22:45:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5498918 | + | Email/Text: bankruptcy@acimacredit.com | Aug 18 2025 18:43:00 | ACIMA DIGITAL FKA SIMPLE, 9815 S MONROE ST. FL. 4, SANDY, UT 84070-4384 |
| 5498919 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 18 2025 18:43:00 | AMERICAN HONDA FINANCE, PO BOX 168128, IRVING, TX 75016-8128 |
| 5498920 | ^ | MEBN | Aug 18 2025 18:39:30 | ARCADIA RECOVERY BUREAU, PO BOX 6768, WYOMISSING, PA 19610-0768 |
| 5498921 | + | Email/Text: bk@avant.com | Aug 18 2025 18:43:00 | AVANT LLC/ WEB BANK, 222 N. LASALLE, SUITE 1700, CHICAGO, IL 60601-1101 |
| 5499957 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2025 18:53:14 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5498922 | | EDI: CAPITALONE.COM | Aug 18 2025 22:38:00 | CAPITAL ONE, PO BOX 71083, CHARLOTTE, NC 28272-1083 |
| 5498923 | | EDI: CAPITALONE.COM | Aug 18 2025 22:38:00 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |

| Recipient # | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 5498924 | + | Email/Text: bankruptcy@cavps.com | Aug 18 2025 18:43:00 | CAVALRY PORTFOLIO SERVICE, 1 AMERICAN LN, SUITE 220, GREENWICH, CT 06831-2563 |
| 5498925 | + | EDI: PHINGENESIS | Aug 18 2025 22:45:00 | CB INDIGO, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 5498926 | + | Email/Text: bankruptcy@credencerm.com | Aug 18 2025 18:43:00 | CREDENCE RESOURCE MANAGEMENT, 4222 TRINITY MILLS, SUITE 260, DALLAS, TX 75287-7666 |
| 5498927 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 18 2025 18:42:59 | CREDIT ONE BANK, PO BOX 60500, CITY OF INDUSTRY, CA 91716-0500 |
| 5498928 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 18 2025 18:42:04 | CREDIT ONE BANK, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 5499981 | + | EDI: AISACG.COM | Aug 18 2025 22:45:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5507762 | | EDI: CAPITALONE.COM | Aug 18 2025 22:38:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5502833 | + | Email/Text: bankruptcy@cavps.com | Aug 18 2025 18:43:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5604017 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 18 2025 18:43:00 | CrossCountry Mortgage, PO Box 619096, Dallas, TX 75261-9741, CrossCountry Mortgage, PO Box 619096, Dallas, TX 75261-9096 |
| 5604016 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 18 2025 18:43:00 | CrossCountry Mortgage, PO Box 619096, Dallas, TX 75261-9096 |
| 5509187 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 18 2025 18:43:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive, Ste 360, Lake Zurich, IL 60047 |
| 5499528 | | EDI: DIRECTV.COM | Aug 18 2025 22:45:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5498931 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 18 2025 18:43:00 | EOS CCA, PO BOX 981008, BOSTON, MA 02298-1008 |
| 5498932 | + | EDI: PHINGENESIS | Aug 18 2025 22:45:00 | FEB DESTINY/GF, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 5498933 | + | EDI: BLUESTEM | Aug 18 2025 22:45:00 | FETTI FINGERHUT/WEBBANK, 13300 PIONEER TRL, EDEN PRAIRIE, MN 55347-4120 |
| 5498934 | | EDI: PHINGENESIS | Aug 18 2025 22:45:00 | GENESIS FS CARD SERVICES, PO BOX 84059, COLUMBUS, GA 31908-4059 |
| 5501517 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2025 18:53:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5501525 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 18 2025 18:53:16 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5498938 | + | EDI: CBS7AVE | Aug 18 2025 22:38:00 | MONTGOMERY WARD, 1112 7TH AVE, MONROE, WI 53566-1364 |
| 5498940 | | EDI: AGFINANCE.COM | Aug 18 2025 22:38:00 | ONE MAIN, PO BOX 740594, CINCINNATI, OH 45274-0594 |
| 5501363 | + | EDI: AGFINANCE.COM | Aug 18 2025 22:38:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5498942 | | EDI: PRA.COM | Aug 18 2025 22:45:00 | PORTFOLIO RECOVERY ASSOCIATES, 120 CORPORATE BLVD. STE 100, NORFOLK, VA 23502 |
| 5509273 | | EDI: PRA.COM | Aug 18 2025 22:45:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5498943 | + | EDI: AMINFOFP.COM | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 18 2025 22:45:00 | PREMIER BANKCARD/FIRST PREMIER, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104-4824 |
| 5504123 | + | EDI: JEFFERSONCAP.COM | Aug 18 2025 22:45:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 5504877 | + | EDI: JEFFERSONCAP.COM | Aug 18 2025 22:45:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5503234 | | EDI: Q3G.COM | Aug 18 2025 22:45:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5498945 | + | Email/Text: ngisupport@radiusgs.com | Aug 18 2025 18:43:00 | RADIUS GLOBAL SOLUTIONS, PO BOX 390846, MINNEAPOLIS, MN 55439-0846 |
| 5498946 | + | EDI: CBS7AVE | Aug 18 2025 22:38:00 | SWISS COLONY, 1112 7TH AVENUE, MONROE, WI 53566-1364 |
| 5499164 | ^ | MEBN | Aug 18 2025 18:39:27 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5498947 | + | EDI: PHINGENESIS | Aug 18 2025 22:45:00 | TBOM/MILESTONE, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 5498948 | + | EDI: WTRRNBANK.COM | Aug 18 2025 22:38:00 | TD BANK, PO BOX 1470, MINNEAPOLIS, MN 55440-1470 |
| 5498949 | | EDI: CITICORP | Aug 18 2025 22:38:00 | THE HOME DEPOT/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5498930 | | EDI: USBANKARS.COM | Aug 18 2025 22:45:00 | ELAN FINANCIAL SERVICES, PO BOX 108, SAINT LOUIS, MO 63166 |
| 5498950 | + | EDI: BLUESTEM | Aug 18 2025 22:45:00 | WEB BANK/FINGERHUT, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |

TOTAL: 44

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| cr | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 5498935 | ##+ | JAMAICA FINANCE CO. CORP., 13810 HILLSIDE AVE., JAMAICA, NY 11435-2924 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2025   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2025 at the address(es) listed below:**

**Name**     **Email Address**

Andrew L Spivack
: on behalf of Creditor CrossCountry Mortgage LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Denise E. Carlon
: on behalf of Creditor CrossCountry Mortgage LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
: ecf_pahu_alt@trustee13.com

Robert J Kidwell, III
: on behalf of Debtor 1 Louis Michael Auletti rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

Robert J Kidwell, III
: on behalf of Debtor 2 Ganine Ann Auletti rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

United States Trustee
: ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
: on behalf of Debtor 2 Ganine Ann Auletti lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

Vincent Rubino
: on behalf of Debtor 1 Louis Michael Auletti lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 8

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Louis Michael Auletti<br>First Name　Middle Name　Last Name | Social Security number or ITIN　xxx–xx–4743<br>EIN　__–_____ |
| Debtor 2<br>(Spouse, if filing) | Ganine Ann Auletti<br>First Name　Middle Name　Last Name | Social Security number or ITIN　xxx–xx–8642<br>EIN　__–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:22-bk-01899-MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Louis Michael Auletti
aka Louis M. Auletti, aka Louis Auletti

Ganine Ann Auletti
aka Ganine A. Auletti, aka Ganine Auletti

**By the court:**

_8/18/25_

Mark J. Conway, United States
Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**